**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS FELIPE RUEDAS-CELAYA,<br><br>Defendant. | Case No. 24-CR-0094-RSH<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AND RECALL ARREST WARRANT AS TO DEFENDANT** |

    This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case under Rule 48(a) of the Federal Rules of Criminal Procedure and to recall the related arrest warrant as to defendant CARLOS FELIPE RUEDAS-CELAYA. Good cause appearing for reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the motion.

//

//

//

//

  WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss without prejudice the Indictment as to defendant CARLOS FELIPE RUEDAS-CELAYA is GRANTED.

  IT IS FURTHER ORDERED that the related arrest warrant is recalled.

DATED: 10/15/24

*Robert S. Huie*

HON. ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE